FILED - SOUTHERN DIVISION
CLERK, U.S DISTRICT COURT

JUN 2 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. RAUL PRADO DEFENDANT(S). | CASE NUMBER SA12-297M-4 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defense counsel__, IT IS ORDERED that a detention hearing is set for __Tuesday, June 26,__, __2012__, at __2:00__ ☐a.m. / ☒p.m. before the Honorable __Jean P. Rosenbluth__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
            (Other custodial officer)

Dated: __6/22/12__        _____
                          U.S. ~~District Judge~~/Magistrate Judge
                          **JEAN P. ROSENBLUTH**

---

CR-66 (10/97)   **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Page 1 of 1